# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Seizure of ALL FUNDS ON DEPOSIT AT UNION BANK, N.A., IN SAN DIEGO, CALIFORNIA, IN ACCOUNTS 353000248 AND 353000256, AND ALL FUNDS ON DEPOSIT AT WELLS FARGO BANK, IN ESCONDIDO, CALIFORNIA, IN ACCOUNT NUMBER 7986104185, HELD IN THE NAME OF ACCOUNT SERVICES CORPORATION, AND ALL PROPERTY TRACEABLE THERETO,<br><br>ACCOUNT SERVICES CORPORATION,<br>　　　　　　　　　　　　　Movant,<br>　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　　Respondent. | CASE NO.  09 CV 1495 JM (RBB)<br><br>**ORDER:**<br>**1) RESETTING HEARING DATE FOR MOVANT'S MOTION FOR RETURN OF PROPERTY and**<br>**2) GRANTING THIRD-PARTY POKER PLAYERS' ALLIANCE'S REQUEST FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE**<br><br>Doc. Nos. 1 and 5 |

　　　　On the court's own motion, the motion hearing set for Friday, August 14, 2009 at 1:30 p.m. is hereby **RESET** to **Friday, August 21, 2009 at 1:30 p.m.** in Courtroom 16.  Any opposition and reply on the motion shall proceed according to the deadlines proscribed by Civ. L.R. 7.1(e).

　　　　In addition, the court has considered the application of third-party Poker Players' Alliance to

appear in this matter as amicus curiae in support of Movant Account Services Corporation and Movant's consent to that request.  (Doc. No. 5.)  For good cause appearing, the court hereby **GRANTS** the application.  Third-party Poker Players' Alliance may file an amicus curiae brief in support of Movant on or before **Friday, August 7, 2009.**

**IT IS SO ORDERED.**

DATED: July 15, 2009

Hon. Jeffrey T. Miller
United States District Judge