# ORIGINAL FILED UNDER SEAL

Exhibit 2 Page 15