USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                            ORDER PURSUANT TO
UNITED STATES OF AMERICA          :         21 U.S.C. § 853

        -v-                       :
                                            09 Cr. 752(SHS)
DOUGLAS RENNICK,                  :

              Defendant.          :
- - - - - - - - - - - - - - - - -x
```

This matter comes before the Court for an Order authorizing the Government and its agencies to maintain custody of certain property pending the conclusion of the pending criminal case.

WHEREAS, the property in question includes the following assets:

> All United States currency funds from account number 7986104185, held at Wells Fargo Bank in the name of Account Services Inc., currently on deposit with the United States Marshals Service.;

> All United States currency funds from account number 6503519834, held at Wells Fargo Bank in the name of Account Services Inc., currently on deposit with the United States Marshals Service.

> All United States currency funds from account number 3530000248, held at Union Bank in the name of Account Services Corp., currently on deposit with the United States Marshals Service.

> All United States currency funds from account number 3530000256, held at Union Bank in the name of Account Services Corp., currently on deposit with the United States Marshals Service.

(collectively, the "Subject Funds");

WHEREAS, the Subject Funds are already in the lawful custody of the Government;

Exhibit 3 Page 16

WHEREAS, the Government has represented to the Court that it will maintain and preserve the Subject Funds throughout the pending criminal case so that they will be available for forfeiture;

WHEREAS, the Subject Funds are alleged to be forfeitable to United States (i) pursuant to 18 U.S.C. § 982, as property constituting or derived from proceeds obtained directly or indirectly as a result of a bank fraud conspiracy offense, (ii) pursuant to 18 U.S.C. § 982(a)(1), as property, real and personal, involved in a money laundering conspiracy offense, and (iii) pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, as property, real and personal, that constitutes or is derived from proceeds traceable to the commission of a gambling conspiracy offense;

WHEREAS, Section 982 of Title 18, United States Code, provides that "the forfeiture of property under this section, including any seizure and disposition of the property under this section, including any seizure and disposition of the property and any related judicial or administrative proceeding, shall be governed by" Section 853 of Title 21, United States Code, except subsection (d);

WHEREAS, Section 2461 of Title 28, United States Code, provides that the forfeiture of property under that section shall

be governed by Section 853 of Title 21, United States Code, except subsection (d); and

WHEREAS, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property for forfeiture;

IT IS HEREBY ORDERED, that the United States and its agencies, including the Federal Bureau of Investigation and/or the U.S. Marshals Service, are authorized to maintain and preserve the Subject Funds until the conclusion of this criminal action, pending further Order of this Court,

AND IT IS FURTHER ORDERED, that this Order satisfies the requirements described in 18 U.S.C. § 983.

Dated:   New York, New York
         August 14, 2009

SO ORDERED:

_____
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK