# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

ACCOUNT SERVICES CORPORATION,

V.

UNITED STATES OF AMERICA,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv1495-JM(RBB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court declines to exercise equitable jurisdiction over Account Services Corporation's motion for return of property. Accordingly, the motion is denied............................................................................................

| August 27, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON August 27, 2009 |